# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL E. STREFF & VERNIE L. STREFF                         Case Number: 06-71468
2220 FOREST VIEW ROAD                   SSN-xxx-xx-7645 & xxx-xx-1508
ROCKFORD, IL  61108

Case filed on:    8/17/2006
Plan Confirmed on:    1/5/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,395.00                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF KONSTANTINE SPARAGIS, PC | 3,000.00 | 3,000.00 | 2,531.26 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,531.26 | 0.00 |
| 005 | MICHAEL D. FINE, ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | SANDRA HAYNES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL E. STREFF | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 3,071.06 | 3,057.70 | 539.11 | 124.21 |
| 002 | HSBC MORTGAGE SERVICES | 62,508.43 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 65,579.49 | 3,057.70 | 539.11 | 124.21 |
| 001 | AMCORE BANK NA | 0.00 | 1.34 | 0.00 | 0.00 |
| 003 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | B-REAL LLC | 9,469.81 | 946.98 | 0.00 | 0.00 |
| 006 | B-REAL LLC | 8,470.81 | 847.08 | 0.00 | 0.00 |
| 007 | CREDIT FIRST NA | 1,116.66 | 111.67 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 2,199.39 | 219.94 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 10,972.58 | 1,097.26 | 0.00 | 0.00 |
| 010 | TIRES PLUS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 32,229.25 | 3,224.27 | 0.00 | 0.00 |
|  | Grand Total: | 100,808.74 | 9,281.97 | 3,070.37 | 124.21 |

Total Paid Claimant:     $3,194.58
Trustee Allowance:       $200.42         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/01/2007           By   /s/Heather M. Fagan